UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

VICTOR CEDENO
GENESIS VALDEZ
RICHARD NANAN

CASE NO. 6:09-cr-212-orl-18-DJK
18 U.S.C. § 371
18 U.S.C. § 513
18 U.S.C. § 1343
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982(a)(1) - Forfeiture
18 U.S.C. § 982(a)(2)(A) - Forfeiture
18 U.S.C. § 981(a)(1)(C) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Conspiracy)**

**A. Introduction**

At all times material to this Indictment:

1.  Taylor, Bean & Whitaker was a licensed and insured mortgage lending company, and an organization that operated in and the activities of which affected interstate commerce.

2.  From on or about January 3, 2008, until on or about August 13, 2009, defendant **VICTOR CEDENO** was employed as a Loss Mitigation Negotiator in the Loan Resolution Management Department of Taylor, Bean & Whitaker. Defendant **VICTOR CEDENO**'s position with Taylor, Bean & Whitaker involved the short sale of distressed real estate financed by Taylor, Bean & Whitaker, and placed him in direct contact with realtors, home buyers, lenders, and title companies and other escrow

agents. Defendant **VICTOR CEDENO** had no authority to cash, deposit, or negotiate any check intended for or payable to Taylor, Bean & Whitaker.

3.  From on or about April 9, 2007, until on or about August 11, 2009, defendant **RICHARD NANAN** was employed as a Loss Mitigation Negotiator in the Loan Resolution Management Department of Taylor, Bean & Whitaker. Defendant **RICHARD NANAN**'s position with Taylor, Bean & Whitaker involved the short sale of distressed real estate financed by Taylor, Bean & Whitaker, and placed him in direct contact with realtors, home buyers, lenders, and title companies and other escrow agents. Defendant **RICHARD NANAN** had no authority to cash, deposit, or negotiate any check intended for or payable to Taylor, Bean & Whitaker.

4.  Navy Federal Credit Union was a financial institution, the accounts and deposits of which were insured by the National Credit Union Share Insurance Fund, and was an organization that operated in and the activities of which affected interstate and foreign commerce.

5.  SunTrust Bank, Regions Bank, First American Bank, Parkway Bank & Trust, Bank of America, Bancorpsouth, Wachovia, JP Morgan Chase, BB&T, Wells Fargo, and Citizens Bank were financial institutions, the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation. Each of these financial institutions was an organization that operated in and the activities of which affected interstate and foreign commerce.

6.  Affiliated Title of Marion County, First Integrity Title Agency, Success Title Services, Inc., Sunbelt Title Agency, Stewart Title Co., Affordable Title Services, Inc.,

Garden Home Title, Home Guardian Title, Inc., Great American Title Agency, Inc., Freedom Title Services, LLC, Alliance Title Corp., Sanoba Law Firm, Setco Services LLC, Wasco Title, Inc., and Residential Title & Escrow Services were organizations that operated in and the activities of which affected interstate and foreign commerce.

### B. The Agreement

7. Beginning on a date unknown to the Grand Jury, but no later than on or about January 3, 2008, and continuing until a date unknown to the Grand Jury, but no earlier than on or about August 14, 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**VICTOR CEDENO**
**GENESIS VALDEZ**
and
**RICHARD NANAN**

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons both known and unknown to the Grand Jury to commit the following offenses against the United States:

    a. To knowingly make, utter, and possess a forged security of an organization that operates in and the activities of which affect interstate and foreign commerce, with the intent to deceive another person and organization, in violation of Title 18, United States Code, Section 513(a).

    b. To knowingly cause to be sent, delivered, and moved by the Postal Service and other private and commercial interstate carriers letters, parcels, and mail matter for the purpose of executing and attempting to execute a scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1341.

c.  To knowingly cause to be transmitted by means of wire communications in interstate commerce writings, signs, signals, pictures, and sounds for the purpose of executing and attempting to execute a scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

### C. Manner and Means

8.  It was part of the conspiracy that defendants **VICTOR CEDENO** and **RICHARD NANAN**, through their employment as Loss Mitigation Negotiators in the Loan Resolution Management Department of Taylor, Bean & Whitaker, would be in direct contact with realtors, home buyers, and lenders during the short sale of distressed real estate financed by Taylor, Bean & Whitaker.

9.  It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would register a corporation in the name of "Tailor Bean & W" through the South Dakota Secretary of State business name registration system.

10.  It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would open Navy Federal Credit Union business checking account number ******9765 and business savings account number ******9144 in the name "Tailor Bean & W" and sign the primary account holder's name as "Tailor Whitaker" with an email address of "TBWhitakerhomes@gmail.com."

11.  It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would register a corporation in the name of "United Escrow LLC" through the Florida Department of State Division of Corporations.

12. It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would open SunTrust Bank account number *********4071 in the name of "United Escrow LLC d/b/a TBW Loss Mit."

13. It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would open SunTrust Bank account numbers *********4089, *********9929, and *********9996 in the name of "United Escrow LLC."

14. It was further a part of the conspiracy that defendant **VICTOR CEDENO** would negotiate and approve short sales of foreclosed homes owned by Taylor, Bean & Whitaker with mortgages for approximately ninety (90) percent of the mortgaged value of the properties, but, in fact, would falsely report to Taylor, Bean & Whitaker that he approved the sales at approximately eighty (80) percent of the mortgaged value.

15. It was further a part of the conspiracy that defendants **VICTOR CEDENO**, **GENESIS VALDEZ**, and **RICHARD NANAN** would:

   a. direct the legitimate title company to forward via U.S. mail and other private commercial carriers the payoff checks made payable from the bank accounts of the legitimate title companies to Taylor, Bean & Whitaker for approximately ninety (90) percent of the mortgaged value; intercept those payoff checks during the course of their employment at Taylor, Bean & Whitaker; deposit those checks into Navy Federal Credit Union account number ******9765 held in the name of Tailor Bean & W; and then transfer an amount equal to approximately eighty (80) percent of the homes' mortgaged value from that account to SunTrust Bank account number *******4089 in the name of United Escrow LLC; and

  b. direct the legitimate title company to wire transfer via ACH transaction the payoff funds representing approximately ninety (90) percent of the mortgaged value directly to SunTrust Bank account number *********4071 held in the name of United Escrow LLC d/b/a TBW Loss Mit; and then transfer an amount equal to approximately eighty (80) percent of the homes' mortgaged value from that account to SunTrust Bank account number ********4089 in the name of United Escrow LLC.

  16. It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would then issue a check from SunTrust Bank account number **********4089 held in the name of United Escrow LLC to Taylor, Bean & Whitaker for approximately eighty (80) percent of the homes mortgaged value.

  17. It was further a part of the conspiracy that defendant **VICTOR CEDENO** would provide Taylor, Bean & Whitaker with paperwork that reflected that a settlement was reached at eighty (80) percent of the mortgaged value, which amount would match the amount of the payoff check from the United Escrow LLC.

  18. It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **RICHARD NANAN** would intercept other checks related to the closing of short sales for which they were responsible, which checks were intended for Taylor, Bean & Whitaker, and would falsely alter, complete, sign, and endorse those checks, and then submit those checks for deposit into Navy Federal Credit Union account number *******9765 held in the name of Tailor Bean W. and SunTrust Bank account number **********4071 held in the name of United Escrow LLC d/b/a TBW Loss Mit.

19. It was further a part of the conspiracy that defendants **VICTOR CEDENO**, **GENESIS VALDEZ**, and **RICHARD NANAN** would keep the approximately ten (10) percent extra charged on the mortgages, as well as any other funds intended for Taylor, Bean and Whitaker that were fraudulently deposited into the SunTrust accounts of United Escrow LLC and the Navy Federal Credit Union accounts of Tailor Bean & W.

20. It was further a part of the conspiracy that defendants **VICTOR CEDENO** and **GENESIS VALDEZ** would pay defendant **RICHARD NANAN** for his participation in the conspiracy by checks drawn from SunTrust account number **********4089 held in the name of United Escrow LLC.

21. It was further a part of the conspiracy that defendants **VICTOR CEDENO**, **GENESIS VALDEZ**, and **RICHARD NANAN** would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

### D. Overt Acts

22. In furtherance of and to affect the objectives of the conspiracy, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

   a. On or about July 15, 2008, defendant **VICTOR CEDENO** registered a corporation in the name of "Tailor Bean & W" through the South Dakota Secretary of State business name registration system.

   b. On or about July 16, 2008, defendant **VICTOR CEDENO** opened business checking account number ******9765 and business savings account number

******9144 in the name "Tailor Bean & W" at an Orlando, Florida branch location of Navy Federal Credit Union, and signed the primary account holder's name as "Tailor Whitaker" with an email address of "TBWhitakerhomes@gmail.com."

c.    Between on or about July 17, 2008, and on or about August 7, 2009, defendants **VICTOR CEDENO, GENESIS VALDEZ, RICHARD NANAN**, and other co-conspirators known and unknown to the Grand Jury, forged and falsely altered, completed, signed, and endorsed, and then, on or about the dates alleged below, submitted for deposit at Navy Federal Credit Union into account number ******9765 held in the name of Tailor Bean & W, checks written to the employer of defendants **VICTOR CEDENO** and **RICHARD NANAN** - Taylor, Bean and Whitaker - drawn on the accounts of the following entities, among others, at the following financial institutions, among others; the forgery and false alteration, completion, signing, and endorsement of each of which checks constituted a separate and distinct overt act in furtherance of and to affect the objectives of the conspiracy:

| Date | Amount | Account Holder | Financial Inst. |
| --- | --- | --- | --- |
| 07/17/2008 | $2,814.06 | Affiliated Title of Marion County | Regions Bank |
| 08/11/2008 | $16,899.00 | First Integrity Title Agency | First American |
| 09/15/2008 | $3,000.00 | Success Title Services, Inc. | Parkway B&T |
| 10/02/2008 | $13,000.00 | Sunbelt Title Agency | SunTrust |
| 11/03/2008 | $18,996.00 | Stewart Title Co. | Bank of America |
| 12/26/2008 | $14,000.00 | Affordable Title Services, Inc. | Bank of America |
| 01/06/2009 | $23,000.00 | Garden Home Title | Wachovia |
| 02/23/2009 | $35,500.31 | Home Guardian Title, Inc. | Wachovia |
| 02/27/2009 | $31,000.00 | Alliance Title Corp. | LaSalle Bank |

| | | | |
|---|---|---|---|
| 04/23/2009 | $10,775.00 | Great American Title Agency, Inc. | JPMorgan Chase |
| 05/13/2009 | $19,935.50 | Alliance Title Corp. | Bank of America |
| 05/22/2009 | $30,606.50 | Freedom Title Services, LLC | BB&T |
| 06/05/2009 | $142,457.75 | Alliance Title Corp. | Bank of America |
| 07/02/2009 | $132,925.01 | The Sanoba Law Firm | Bank of America |
| 07/17/2009 | $137,240.00 | Setco Services LLC | Bancorpsouth |
| 08/03/2009 | $135,019.61 | Wasco Title, Inc. | Wells Fargo |
| 08/07/2009 | $306,581.03 | Residential Title & Escrow Srvcs. | Citizens Bank |

23.  On or about December 18, 2008, defendants **VICTOR CEDENO** and **GENESIS VALDEZ** registered a corporation in the name of "United Escrow LLC" through the Florida Department of State Division of Corporations.

24.  On or about February 21, 2009, defendants **VICTOR CEDENO** and **GENESIS VALDEZ** opened SunTrust Bank account number *********4071 held in the name of "United Escrow LLC d/b/a TBW Loss Mit."

25.  On or about February 21, 2009, defendants **VICTOR CEDENO** and **GENESIS VALDEZ** opened SunTrust Bank account numbers *********4089, *********9929, and *********9996 in the name of "United Escrow LLC."

26.  On or about the dates alleged below, defendants **VICTOR CEDENO**, **GENESIS VALDEZ, RICHARD NANAN**, and other co-conspirators known and unknown to the Grand Jury, caused the wire transfer of funds into SunTrust Bank account number *********4071 held in the name of United Escrow LLC d/b/a TBW Loss Mit; each of which wire transfer constituted a separate and distinct overt act in furtherance of and to affect the objectives of the conspiracy:

| Date of Wire | Amount of Wire Transfer | Originator - State of Origination |
|---|---|---|
| 03/30/2009 | $155,077.65 | Pioneer Title - Arizona |
| 05/04/2009 | $156,945.22 | Lawyers Title - Idaho |
| 05/29/2009 | $101,172.60 | Volunteer Title - Tennessee |
| 06/02/2009 | $117,171.00 | Hemisphere Title - Florida |
| 06/22/2009 | $207,320.56 | Tailor Bean & W. - Virginia |
| 07/07/2009 | $370,000.00 | Millennium Title - Illinois |

27. On or about the dates alleged below, defendants **VICTOR CEDENO** and **GENESIS VALDEZ** paid defendant **RICHARD NANAN** via checks drawn from SunTrust account number **********4089 held in the name of United Escrow LLC the following amounts for his participation in the conspiracy; each payment constituted a separate and distinct overt act in furtherance of and to affect the objectives of the conspiracy:

| Date | Amount | Memo on Check |
|---|---|---|
| 05/07/2009 | $3,000.00 | 1st Deal |
| 05/11/2009 | $9,967.65 | Alliance Title Closing 19K - Closing of Real Estate |
| 06/13/2009 | $7,200.00 | 2 closings |
| 06/01/2009 | $3,500.00 | 8,500 closing 06/29/2009 |
| 07/14/2009 | $3,000.00 | 6,000.00 USD |

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH EIGHTEEN
### (Forgery)

28. The allegations contained in paragraphs one through six of this Indictment are repeated and realleged as if fully set forth herein.

29. Beginning on a date unknown to the Grand Jury, but no later than in or

about July 2008, and continuing until a date unknown to the Grand Jury, but no earlier than in or about August 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**VICTOR CEDENO**
**and**
**GENESIS VALDEZ**

the defendants herein, did knowingly make, utter, and possess a forged security of an organization that operates in and the activities of which affect interstate and foreign commerce, with the intent to deceive another person and organization, to wit, the defendants falsely altered, completed, signed, and endorsed, and then submitted for deposit at Navy Federal Credit Union into account number ******9765 held in the name of Tailor Bean & W, the following checks of the following entities, each of which checks were intended for and payable to Taylor, Bean & Whitaker:

| Count | Date | Amount | Account Holder | Financial Inst. |
|---|---|---|---|---|
| 2 | 07/17/2008 | $2,814.06 | Affiliated Title of Marion County | Regions Bank |
| 3 | 08/11/2008 | $16,899.00 | First Integrity Title Agency | First American |
| 4 | 09/15/2008 | $3,000.00 | Success Title Services, Inc. | Parkway B&T |
| 5 | 10/02/2008 | $13,000.00 | Sunbelt Title Agency | SunTrust |
| 6 | 11/03/2008 | $18,996.00 | Stewart Title Co. | Bank of America |
| 7 | 12/26/2008 | $14,000.00 | Affordable Title Services, Inc. | Bank of America |
| 8 | 01/06/2009 | $23,000.00 | Garden Home Title | Wachovia |
| 9 | 02/23/2009 | $35,500.31 | Home Guardian Title, Inc. | Wachovia |
| 10 | 02/27/2009 | $31,000.00 | Alliance Title Corp. | LaSalle Bank |
| 11 | 04/23/2009 | $10,775.00 | Great American Title Agency, Inc. | JPMorgan Chase |
| 12 | 05/13/2009 | $19,935.50 | Alliance Title Corp. | Bank of America |

| 13 | 05/22/2009 | $30,606.50 | Freedom Title Services, LLC | BB&T |
| 14 | 06/05/2009 | $142,457.75 | Alliance Title Corp. | Bank of America |
| 15 | 07/02/2009 | $132,925.01 | The Sanoba Law Firm | Bank of America |
| 16 | 07/17/2009 | $137,240.00 | Setco Services LLC | Bancorpsouth |
| 17 | 08/03/2009 | $135,019.61 | Wasco Title, Inc. | Wells Fargo |
| 18 | 08/07/2009 | $306,581.03 | Residential Title & Escrow Srvcs. | Citizens Bank |

All in violation of Title 18, United States Code, Section 513(a) and 2.

## COUNTS NINETEEN THROUGH TWENTY-TWO
## (Wire Fraud)

30.   The allegations contained in paragraphs one through six of this Indictment are repeated and realleged as if fully set forth herein.

### A. THE SCHEME TO DEFRAUD

31.   Beginning on a date unknown to the Grand Jury, but no later than in or about July 2008, and continuing until a date unknown to the Grand Jury, but no earlier than in or about August 2009, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**VICTOR CEDENO**
**and**
**GENESIS VALDEZ**

the defendants herein, did knowingly and willfully devise and execute a scheme and artifice to defraud, and for obtaining money and property, by means of false and fraudulent pretenses, representations and promises, which scheme and artifice to defraud is described as follows:

### B. Nature of the Scheme

32.   The substance of the scheme and artifice and its manner and means are

12

set forth in paragraphs eight through twenty-one of this Indictment, the allegations of which are repeated and realleged as if fully set forth herein for each of Counts Nineteen through Twenty-Two of this Indictment.

### C. Execution of the Scheme

33.   On or about the dates alleged below, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**VICTOR CEDENO
and
GENESIS VALDEZ**

the defendants herein, for the purpose of executing the aforesaid scheme and artifice to defraud, did knowingly cause to be transmitted by means of wire communications in interstate commerce writings, signs, signals, pictures, and sounds, to wit, the following ACH transfers of funds executed via wire communication:

| Count | Date | Amount | Wire Communication |
| --- | --- | --- | --- |
| 19 | 03/30/2009 | $155,077.65 | Fed wire transfer from Pioneer Title (AZ) to United Escrow LLC d/b/a TBW Loss Mit (SunTrust *********4071) |
| 20 | 05/04/2009 | $156,945.22 | Fed wire transfer from Lawyers Title (ID) to United Escrow LLC d/b/a TBW Loss Mit (SunTrust *********4071) |
| 21 | 05/29/2009 | $101,172.60 | Fed wire transfer from Volunteer Title (TN) to United Escrow LLC d/b/a TBW Loss Mit (SunTrust *********4071) |
| 22 | 07/16/2009 | $370,000.00 | Fed wire transfer from Millennium Title (IL) to United Escrow LLC d/b/a TBW Loss Mit (SunTrust *********4071) |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS TWENTY-THREE THROUGH TWENTY-SIX
### (Concealment Money Laundering)

34. Paragraphs one through six of this Indictment are hereby realleged and repeated as if fully set forth herein.

35. On or about the dates alleged below, in Orange County, Florida, in the Middle District of Florida, and elsewhere,

**VICTOR CEDENO**
**and**
**GENESIS VALDEZ**

the defendants herein, aiding and abetting each other, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, did conduct and cause to be conducted, a financial transaction affecting interstate and foreign commerce, as described below, which financial transaction in fact involved the proceeds of specified unlawful activity, that is, forgery of a private security, mail fraud and wire fraud, in violation of Title 18, United States Code, Sections 513, 1341, and 1343, respectively, knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity:

| Count | Date | Amount | Monetary Transaction |
|---|---|---|---|
| 23 | 08/13/2009 | $25,000.00 | Over-the-counter withdrawal from United Escrow LLC (SunTrust *********9929) and deposit into United Escrow LLC (SunTrust *******9996) |
| 24 | 08/13/2009 | $235,000.00 | Over-the-counter withdrawal from United Escrow LLC d/b/a TBW Loss Mit (SunTrust *********4071) and deposit into United Escrow LLC (SunTrust *******9996) |

| 25 | 08/13/2009 | $60,000.00 | Over-the-counter withdrawal from United Escrow LLC (SunTrust *********4089) and deposit into United Escrow LLC (SunTrust *******9996) |
| 26 | 08/13/2009 | $320,000.00 | Cashier's Check from United Escrow LLC (SunTrust *******9996) |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2.

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

2. The defendants, **VICTOR CEDENO, GENESIS VALDEZ,** and **RICHARD NANAN**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all right, title, and interest they have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations of Title 18, United States Code, Sections 513, 1341, and 1343.

3. The allegations contained in Counts Two through Twenty-Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

4. From their engagement in the violations alleged in Counts Two through Twenty-Two of this Indictment, punishable by imprisonment for more than one year, the defendants

**VICTOR CEDENO
and
GENESIS VALDEZ**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of their interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

5. The allegations contained in Counts Twenty-Three through Twenty-Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(1).

6. From their engagement in the violations alleged in Counts Twenty-Three through Twenty-Six of this Indictment, the defendants, **VICTOR CEDENO** and **GENESIS VALDEZ**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any and all right, title, and interest they may have in any property, real or personal, involved in such offenses, or any property traceable to such property, as a result of such money laundering violations.

7. Specifically, the property to be forfeited includes, but is not limited to, the following:

    a. $1,012,905.68 from Navy Federal Credit Union account number ******9765 held in the name of Tailor Bean & W; and

    b. $320,954.84 from SunTrust account number *********4071 held in the name United Escrow LLC d/b/a TBW Loss Mit.

8. If any of the property described above as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Frank Burkett*
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Daniel C. Irick
Assistant United States Attorney

By: _____
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

VICTOR CEDENO
GENESIS VALDEZ
RICHARD NANAN

## INDICTMENT

Violations:

18 U.S.C. § 371
18 U.S.C. § 513
18 U.S.C. § 1343
18 U.S.C. § 1956(a)(1)(B)(i)

A true bill,

_____
Foreperson

Filed in open court this 21st / 22 day

of October, 2009.

_____
Clerk